No. 81–197.  APPALACHIAN POWER CO. *v.* NATIONAL LABOR RELATIONS BOARD.  C. A. 4th Cir.  Certiorari denied.

No. 81–205.  INTERNATIONAL ASSOCIATION OF BRIDGE, STRUCTURAL & ORNAMENTAL IRON WORKERS LOCAL UNION NO. 111 ET AL. *v.* DOUGLAS ET AL.  C. A. 7th Cir. Certiorari denied.

No. 81–208.  UPTOWN PEOPLE'S COMMUNITY HEALTH SERVICES BOARD OF DIRECTORS *v.* SCHWEIKER, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL.  C. A. 7th Cir. Certiorari denied.

No. 81–209.  CLAYTON MANUFACTURING CORP. *v.* MOORER.  Ct. App. Ariz.  Certiorari denied.

No. 81–214.  WAKEFIELD *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 81–216.  SELF RETENTION PROGRAMMERS, INC., ET AL. *v.* INTERNATIONAL ACCIDENT FACILITIES, INC., ET AL. C. A. 3d Cir.  Certiorari denied.

No. 81–223.  GUARINERI ET UX. *v.* UNITED STATES ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 81–224.  UNITED AIRCRAFT CORP. *v.* BODINE, DBA BODINE SOUNDRIVE CO.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 81–233.  TAYLOR *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 81–245.  ABLEIDINGER ET AL. *v.* UNITED STATES. C. A. 10th Cir.  Certiorari denied.